210 F.2d 831
 Leonard J. MORMINO, Libelant-Appellant,
v.
Leon HESS, Inc., Respondent-Appellee.
 No. 169, Docket 22935.
 United States Court of Appeals, Second Circuit.
 Argued Feb. 3, 1954.
Decided Feb. 15, 1954.
 
 Appeal from the United States District Court for the Southern District of New York; Vincent L. Leibell, Judge.
 Robert E. Connolley, New York City, for libelant-appellant.
 Frederick H. Cunningham, New York City (Victor S. Cichanowicz, Brooklyn, N.Y., on brief), for respondent-appellee.
 Before CLARK, FRANK and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Decree affirmed on the opinion of District Judge Leibell, 119 F.Supp. 314.